# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
SEP 08 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| vs. | ) | Case No. 2:15-CR-00236-GEB-2 |
| Grigor Kesoyan | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Grigor Kesoyan____, have discussed with ____Julia Morris____, Pretrial Services Officer, modifications of my release conditions as follows:

Add the following conditions of release:

1. You shall refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

2. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

3. You shall participate in the substance abuse treatment program at WellSpace Health Residential and comply with all the rules and regulations of the program. You shall remain at WellSpace, located at 1550 Julisse Avenue, Sacramento, California, inpatient facility until released by the pretrial services officer; and,

    a. A responsible party, approved by Pretrial Services, shall escort you to all required court hearings and escort you back to the program upon completion of the hearing.

Reason for modification: On September 8, 2016, the defendant, with the assistance of a Court Certified Armenian interpreter, met with Pretrial Services and his defense attorney. At which time, Mr. Kesoyan disclosed a substance abuse history of methamphetamine, cocaine, heroin, and marijuana, which was not disclosed to Pretrial Services during the initial interview. The defendant further admitted to using methamphetamine, cocaine, and marijuana with in the last few days and signed an admission form on September 8, 2016.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9.8.16   _____  9/8/16
Signature of Defendant    Date    Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____  9/8/16
Signature of Assistant U.S. Attorney   Date

CONSENT TO MODIFY CONDITIONS OF RELEASE
Kesoyan, Grigor
Page 2

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  9/8/2016
Signature of Defense Counsel         Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  9/8/2016

☐ The above modification of conditions of release is *not* ordered.

_____  9/8/2016
Judicial Officer Signature            Date