**FILED**

MAR 0 6 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:15-cr-00236-GEB-2 |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR RELEASING PERSON IN CUSTODY |
| GRIGOR KESOYAN, | |
| Defendant. | |

TO THE UNITED STATES MARSHALL:

Since Defendant Grigor Kesoyan was sentenced on March 3, 2017 for the amount of prison time he has served, you shall release Defendant Grigor Kesoyan from custody in this case as soon as he can be released on the date this order is signed.

DATED: March 3, 2017

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge

file copy

1