HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Sean_Riordan@fd.org

Attorney for Defendant
GRIGOR KESOYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:15-cr-236 (2) GEB |
| Plaintiff, | REQUEST TO RECONVEY REAL PROPERTY; [PROPOSED] ORDER |
| vs. | |
| GRIGOR KESOYAN, | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

Defendant, by and through his undersigned counsel, Sean Riordan, hereby requests the Court for an order authorizing the Clerk of the United States District Court for the Eastern District of California to reconvey the property posted to secure Defendant's pre-trial release back to the property owner, Nellie Kesoyan.

Defendant, Grigor Kesoyan, was sentenced to time served on March 3, 2017 and was released from federal custody (Dkt #89).  Supervision commenced on March 3, 2017 for a term of 24 months.

                                                                      Respectfully submitted,

                                                                      HEATHER E. WILLIAMS
                                                                      Federal Defender

Dated: March 8, 2017                                      */s/ Sean Riordan*
                                                                        SEAN RIORDAN
                                                                        Assistant Federal Defender
                                                                        Attorney for GRIGOR KESOYAN

# ORDER

The Court hereby grants the request to reconvey real property posted to secure Defendant's pre-trial release and authorize the Clerk of the United States District Court to reconvey real property to property owner Nellie Kesoyan.  The property is described as follows:

> The land referred to herein below is situated in the City of Rancho Cordova, County of Sacramento, State of California and is described as follows: Lot 6, As shown on the final map of Villages of Zinfandel Unit No. 3A filed for record September 26, 2001, in Book 289 of Maps No. 10, Records of Sacramento County.
>
> APN: 072-2070-006-0000

**IT SO ORDERED.**

**Dated:  March 9, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge